IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **BEVERLY L. HEARD WILLIAMS,** | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | CIVIL ACTION 14-292-CG-M |
| | : | |
| **KENYEN R. BROWN, et al.,** | : | |
| Defendants. | : | |
| | : | |

### ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that Defendants' Motion to Dismiss be granted for failure to state a claim upon which relief can be granted, and based on the defenses absolute immunity and collateral estoppel, and that Plaintiff's Amended Complaint be dismissed with prejudice.

**DONE and ORDERED** this 28th day of April, 2015.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE