IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BEVERLY L. HEARD WILLIAMS,<br>    Plaintiff,<br><br>vs.<br><br>KENYEN R. BROWN, et al.,<br>    Defendants. | :<br>:<br>:<br>:<br>:   CIVIL ACTION 14-292-CG-M<br>:<br>:<br>:<br>: |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** on all claims be entered in favor of Defendant, and against Plaintiff.

**DONE and ORDERED** this 28th day of April, 2015.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE